■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD HAYES, Appellant. [889 NYS2d 848]

Regardless of whether defendant made a valid waiver of his right to appeal, we reject his suppression claim on the merits (*see People v Francois*, 61 AD3d 524 [2009]). Concur—Tom, J.P., Andrias, Saxe, McGuire and Manzanet-Daniels, JJ.